RONALD L. WRIGHT et al., Respondents, v EASTMAN KODAK COMPANY, Appellant. [771 NYS2d 469]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered April 1, 2003. The order granted plaintiffs' motion for partial summary judgment on the Labor Law § 240 (1) claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.